The Pensacola Electric Terminal Railway Company, a corporation under the laws of the State of Florida, Plaintiff in Error, vs. Charles H. Bliss, Defendant in Error.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

Blount & Blount, for Plaintiff in Error.

J. Emmet Wolfe, for Defendant in Error.

This action was brought by defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.